UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS' PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ATKINS SPECIALTY SERVICES, INC., ATKINS SERVICES, INC., JEFFREY ATKINS, RHONDA ATKINS; and DOES 1 through 25,<br><br>Defendants. | Case No. 1:21-cv-01656-AWI-BAK (BAM)<br><br>**ORDER REQUIRING DEFENDANTS JEFFREY ATKINS AND RHONDA ATKINS TO APPEAR BEFORE THE COURT ON MARCH 28, 2022, TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH A COURT ORDER** |

On November 14, 2021, Plaintiffs Board of Trustees of the Kern County Electrical Workers' Pension Fund, Board of Trustees of the Kern County Electrical Workers' Health and Welfare Trust, Board of Trustees of the Kern County Electrical Journeyman and Apprenticeship Training Trust and Construction Benefits Administration, Inc. ("Plaintiffs") initiated this action to collect delinquent contributions. The complaint names four defendants: (1) Atkins Specialty Services, Inc.; (2) Atkins Services, Inc.; (3) Jeffrey Atkins; and (4) Rhonda Atkins.  (Doc. 1.)

On February 8, 2022, the Court held a Scheduling Conference in this action. The individual defendants, Jeffrey Atkins and Rhonda Atkins, appeared at the conference in pro se.

1

Plaintiffs' counsel informed the Court that Defendants Jeffrey Atkins and Rhonda Atkins served an answer that had not been filed on the docket. The Court instructed Plaintiffs' counsel to file the answer. Additionally, the Court notified the parties that the entity defendants must have legal representation. To allow additional time for the entity defendants to secure representation, the Court set a status conference for March 14, 2022. The Court indicated that the parties should be prepared to discuss not only the status of the entity defendants' representation, but also a scheduling conference date and consent to magistrate judge jurisdiction.[1]  (Doc. 14.)

On February 8, 2022, Plaintiffs filed the purported answer by the individual defendants, Jeffrey Atkins and Rhonda Atkins. (Doc. 16.)

On March 14, 2022, the Court held a telephonic status conference. Counsel for Plaintiffs, Tiffany Lena, appeared by telephone. However, despite the Court delaying the start of proceedings, neither the entity defendants nor the individual defendants, Jeffrey Atkins and Rhonda Atkins, appeared at the conference.[2]

Accordingly, Defendants Jeffrey Atkins and Rhonda Atkins are HEREBY ORDERED to appear before the Court for a hearing on **Monday, March 28, 2022, at 8:30 AM in Courtroom 8 (BAM) before the undersigned** to show cause why sanctions should not be imposed and/or why the Court should not strike their answer from the record. Defendants Jeffrey Atkins and Rhonda Atkins shall appear at the hearing by telephone using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139.**

The Clerk of Court is directed to serve a copy of this order on Defendants Jeffrey Atkins and Rhonda Atkins at the following address: 1085 Voyager Drive #330, Tehachapi, CA 93561. (*See* Doc. 16.) Plaintiffs' counsel also is directed to serve a copy of this order on Defendants Jeffrey Atkins and Rhonda Atkins at their last known address and, if available, at their e-mail address(es) and file proof of such service with the Court.

///

---

[1] Plaintiffs' counsel was instructed to serve Defendants with a copy of the Court's minute order setting the conference. (Doc. 15.)

[2] To date, the entity defendants have not answered the complaint or otherwise appeared in this action.

**Defendants Jeffrey Atkins and Rhonda Atkins are advised that failure to respond to this order will result in the imposition of sanctions and/or a recommendation that the Court strike their answer from the record and enter default for failure to comply with the Court's orders.**

IT IS SO ORDERED.

Dated:   **March 14, 2022**          /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE