UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS' PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ATKINS SPECIALTY SERVICES, INC., ATKINS SERVICES, INC., JEFFREY ATKINS, RHONDA ATKINS; and DOES 1 through 25,<br><br>Defendants. | Case No. 1:21-cv-01656-AWI-BAK (BAM)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 19)<br><br>**ORDER SETTING STATUS CONFERENCE** |

On March 14, 2022, the Court issued an Order to Show Cause directing Defendants Jeffrey Atkins and Rhonda Atkins to appear at a telephonic hearing to show cause why sanctions should not be imposed and/or why the Court should not strike their answer from the record for their failure to appear at the March 14, 2022 status conference. (Doc. 19.)

On March 28, 2022, Defendants Jeffrey Atkins and Rhonda Atkins appeared by telephone at the show cause hearing.[1]  Defendants explained that they failed to appear to appear at the March 14, 2022 status conference because they had the wrong date. Defendants also

---

[1] Plaintiffs' Counsel Tiffany Lena did not appear.

1

reported that they are continuing in their attempts to secure counsel and had been delayed due to health issues.  The Court indicated its willingness to allow Defendants additional time to find representation and noted that default had been entered against the entity defendants, Atkins Specialty Services, Inc. and Atkins Services, Inc.

Accordingly, having considered Defendants' response, the Order to Show Cause is HEREBY DISCHARGED, and no sanctions shall be imposed at this time.  The Court sets a STATUS CONFERENCE for **May 9, 2022, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe** to discuss the status of representation and, if appropriate, selecting a scheduling conference date.  The parties shall appear at the conference by telephone with each party using the following dial-in number and access code:  **dial-in number 1-877-411-9748; access code 3219139**.

The Clerk of Court is directed to serve a copy of this order on Defendants Jeffrey Atkins and Rhonda Atkins at the following address:  1085 Voyager Drive #330, Tehachapi, CA 93561. (*See* Doc. 16.)

IT IS SO ORDERED.

Dated:   **March 28, 2022**            /s/ *Barbara A. McAuliffe*     
                                                            UNITED STATES MAGISTRATE JUDGE

2