Tiffany Lena, #185603  ATTORNEY FOR PLAINTIFFS
THE LAW OFFICE OF TIFFANY LENA
1670 Sagewood Way
San Marcos, CA 92078
telephone: (760) 697-0059
tiffany.lena@att.net


Scott A. Wilson, #73187  ATTORNEY FOR DEFENDANTS
LAW OFFICE OF SCOTT A. WILSON
433 G Street, Suite 203
San Diego, CA 92101
telephone: (619) 234-9011
scott@pepperwilson.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS' PENSION FUND, BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS' HEALTH AND WELFARE TRUST, BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL JOURNEYMAN AND APPRENTICESHIP TRAINING TRUST, CONSTRUCTION BENEFITS ADMINISTRATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ATKINS SPECIALTY SERVICES, INC., ATKINS SERVICES INC., JEFFREY ATKINS, RHONDA ATKINS, and DOES 1 THROUGH 25<br><br>Defendants. | Civil Case No.: 1:21-cv-01656-AWI-BAK<br><br>**JOINT STIPULATION AND [PROPOSED** ORDER EXTENDING TIME FOR FILING OF MOTION TO ENTER DEFAULT JUDGMENT AS TO CORPORATE DEFENDANTS ATKINS SPECIALTY SERVICES, INC. AND ATKINS SERVICES, INC.<br><br>**Status Conference:** May 9, 2022<br>**Time:** 9:30 a.m.<br>**Dept.:** Courtroom 8 - telephonic<br><br>**THE HONORABLE BARBARA A. MCAULIFFE** |

-1-

Joint Stipulation and Order Extending Time for Filing of Motion to Enter Default Judgment as to Corporate Defendants Atkins Specialty Services, Inc. and Atkins Services, Inc.

Defendants Atkins Specialty Services, Inc., Atkins Services, Inc., Jeffrey Atkins and Rhonda Atkins ("Defendants") and Plaintiffs Board of Trustees of the Kern County Electrical Workers' Pension Fund, Board of Trustees of the Kern County Electrical Workers' Health & Welfare Trust, Board of Trustees of the Kern County Electrical Journeyman and Apprenticeship Training Trust, and Construction Benefits Administration, Inc. ("Plaintiffs"), by and through their respective counsel, stipulate as follows:

## STIPULATION

1. Plaintiffs filed their Complaint in this Court on November 11, 2021 (Dkt. 1).

2. Corporate entities Atkins Specialty Services, Inc. and Atkins Services, Inc ("Corporate Defendants") were properly served with the Complaint, Summons, and Court-issued documents on December 9, 2021 and proofs of service were filed with the Court on December 17, 2021. (Dkts. 5 and 6).

3. Defendants appeared pro se at the Mandatory Scheduling Conference held on February 8, 2022. At that time, this Court informed the Defendants that the Corporate Defendants could not proceed until they were represented by legal counsel. The Court set a Status Conference for March 14, 2022 to allow time for Corporate Defendants to seek representation. (Dkt. 14  Text Only Minute Order).

4. Defendants failed to appear at the March 14, 2022 Status Conference and this Court scheduled an Order to Show Cause Hearing for March 28, 2022.

5. Based on Defendant's failure to appear at the March 14, 2022 hearing, Plaintiff's counsel filed a Request for Clerk's Entry of Default as to the Corporate Defendants only, which

///

-2-

Joint Stipulation and Order Extending Time for Filing of Motion to Enter Default Judgment as to Corporate Defendants Atkins Specialty Services, Inc. and Atkins Services, Inc.

default was entered on March 18, 2022.  (Dkts. 21 and 22).

6. Defendants appeared at the March 28 OSC Hearing but still had not retained counsel.  However, based on Defendant's assertions that they mixed up the March 14 court date and that they had not been able to hire an attorney for the Corporate Defendants due to health issues, the Court continued the Status Conference until May 9, 2022 and discharged the OSC.  (Dkts. 23  and 24).

7. As of today, Defendants have retained the undersigned as counsel.  Accordingly, the parties stipulate and agree that any deadlines for Plaintiffs to file a Motion for Default Judgment as to the Corporate Defendants should be extended to Tuesday, May 31, 2022, to permit the parties to discuss the facts of this case including possible settlement.

8. The Parties respectfully request that the Court so order.


Respectfully submitted,

Dated: April 28, 2022                            THE LAW OFFICE OF TIFFANY LENA


                                                 By   _/s/ Tiffany Lena_
                                                    Tiffany Lena
                                                    Attorney for Plaintiffs


Dated: April 28, 2022                            LAW OFFICE OF SCOTT A. WILSON


                                                 By   _/s/ Scott A. Wilson_
                                                    Scott A. Wilson
                                                    Attorney for Defendants

-3-

Joint Stipulation and Order Extending Time for Filing of Motion to Enter Default Judgment as to Corporate Defendants Atkins Specialty Services, Inc. and Atkins Services, Inc.

**ORDER**

Pursuant to stipulation, and for good cause shown:

1. This court extends the deadline for Plaintiffs to file a Motion for Default Judgment as to the Corporate Defendants to May 31, 2022; and

2. The Status Conference set for May 9, 2022, at 9:30 AM before the undersigned remains as calendared.

IT IS SO ORDERED.

Dated:   **April 29, 2022**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

Joint Stipulation and Order Extending Time for Filing of Motion to Enter Default Judgment as to Corporate Defendants Atkins Specialty Services, Inc. and Atkins Services, Inc.