UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTESS OF THE KERN COUNTY ELECTRICAL WORKERS' PENSION FUND, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ATKINS SPECIALTY SERVICES, INC., ATKINS SERVICES, INC., JEFFREY ATKINS, RHONDA ATKINS; and DOES 1 through 25,<br><br>  Defendants. | Case No. 1:21-cv-01656-AWI-BAK (BAM)<br><br>**ORDER GRANTING SUBSTITUTIONS OF ATTORNEY**<br><br>(Docs. 27 and 28) |

On April 29, 2022, Defendants Jeffrey Atkins and Rhonda Atkins filed requests for court approval of the substitution of Scott A. Wilson of the Law Offices of Scott A. Wilson as attorney of record in place of Defendants Jeffrey Atkins and Rhonda Atkins proceeding in propria persona. (Docs. 27, 28.) Pursuant to those requests, Scott A. Wilson is HEREBY SUBSTITUTED as attorney of record for Defendants Jeffrey Atkins and Rhonda Atkins.

IT IS SO ORDERED.

Dated: __May 2, 2022__                    /s/ Barbara A. McAuliffe            
                                                                UNITED STATES MAGISTRATE JUDGE

1